

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00225-CV

_____

ALAINA RANDI LEE, Appellant

V.

VENESSA WARREN, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2023-01929-JP

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on November 6, 2023, but no brief was filed. *See* Tex. R. App. P. 38.6(a). On November 17, 2023, we warned Appellant that we could dismiss her appeal for want of prosecution unless, within ten days, she filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b)(1), 38.8(a)(1), 42.3(b). More than ten days have passed, and we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: December 14, 2023